IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY HUGHLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv578-MHT |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of plaintiff's letter to the clerk of court requesting protection from the Lee County Sheriff's Office and the Opelika Police Department (doc. no. 7), which the court construes as a motion for a temporary restraining order, it is ORDERED that the motion for a temporary restraining order is denied. Plaintiff has not met the legal standard for entry of a restraining order.

DONE, this the 8th day of November, 2018.

                                 /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**