IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY HUGHLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv578-MHT |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Plaintiff filed this lawsuit asserting a variety of constitutional and state-law claims related to his alleged wrongful incarceration. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion to proceed in forma pauperis be granted and his motion for preliminary injunction denied, that plaintiff's federal claims be dismissed with prejudice, and that the court decline to exercise supplemental jurisdiction over plaintiff's state-law claims and dismiss them without prejudice. Also before the court are plaintiff's

objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of May, 2019.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE